IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 5:10-cr-33-RS

HERDIS NEAL BROWN

_____/

# ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 52). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Motion to Vacate, Set Aside, or Correct Sentence (Doc. 44) is **DENIED**.

3. The certificate of appealability is denied because Petitioner did not make a substantial showing of the denial of a constitutional right.

**ORDERED** on December 31, 2013.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**